**No. 66324.**—Wm. A. Hausman Co., Inc. *v.* United States, protests 60/16945, etc. (Seattle).

Opinion by DONLON, J. In accordance with stipulation of counsel that the merchandise consists of prepared or preserved pork similar in all material respects to that the subject of *C. J. Tower & Sons* v. *United States* (43 Cust. Ct. 36, C.D. 2100), the claim of the plaintiff was sustained.

DECEMBER 26, 1961

**No. 66325.**—Shelford, Inc., and Wheeler & Miller *v.* United States, protest 284639–K. Protest abandoned November 30, 1961. (Not published.) Plaintiffs' application for rehearing granted.

DECEMBER 26, 1961

**No. 66326.**—SUIT 5032.—United States *v.* Elof Hansson, Inc.—▮▮▮▮ —A.R.D. 114 reversed December 22, 1960. C.A.D. 771.

BEFORE THE SECOND DIVISION, JANUARY 2, 1962

**No. 66327.**—Alexanders Dept. Store, Inc. *v.* United States, protest 290240–K (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of nylon wearing apparel similar in use to silk wearing apparel and following the principles set forth in *United States* v. *Steinberg Bros.* (47 C.C.P.A. 47, C.A.D. 727), the claim of the plaintiff was sustained.